IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02042-BNB

KEVIN A. PETERSEN,
JAMES P. EVANHOE,

      Plaintiffs,

v.

WARREN MILLER,
ANDY PEARSON,
MICHAEL A. MILLER,
NICOLE G. KRIEGER,
STACEY MILLER,
BRIAN GARDNER,
JOSPEH J. SCHELLER,
JAMES K. LUBING,
GARY FAIRHURST,
RYAN THOMAS COMBS,
BRIAN E. HULTMAN,
MICHELLE WEBER, and
NEAL C. NETHERCOTT,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN -6 2011
GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiffs, Kevin A. Petersen and James P. Evanhoe, initiated this action by filing a *pro se* Complaint on August 16, 2010. On August 24, 2010, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court to commence a civil action and ordered Plaintiffs to cure certain deficiencies. Specifically, he ordered Plaintiffs to file separate properly notarized Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a complaint on the Court-approved form. Plaintiffs filed one copy of their amended complaint on September 22, 2010, a second copy on October 1, 2010, and

two Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on October 4, 2010. Plaintiffs were granted leave to proceed *in forma pauperis* by order dated October 4, 2010.

On October 7, 2010, Magistrate Judge Boland determined that the amended complaint was deficient because it failed to comply with Rule 8 of the Federal Rules of Civil Procedure and also failed to allege facts that demonstrated how the named Defendants personally participated in the asserted constitutional violations. Therefore, Plaintiffs were ordered to file a second amended complaint. Plaintiffs were warned that the action would be dismissed without further notice if they failed to file an amended pleading within thirty days.

On November 3, 2010, Plaintiffs requested an extension of time to file the second amended complaint. By minute order dated November 4, 2010, Magistrate Judge Boland granted Plaintiffs a thirty-day extension of time. Plaintiffs have now failed to file a second amended complaint, as directed by Magistrate Judge Boland. Further, Plaintiffs have not communicated with the Court since November 3, 2010, and no mail has been returned to the Court as undeliverable. Therefore, the amended complaint and action will be dismissed without prejudice for failure to file an amended pleading. Accordingly, it is

ORDERED that the Amended Complaint and this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiffs' failure to file an amended pleading within the time allowed.

DATED at Denver, Colorado, this 5th day of January, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02042-BNB

Kevin A. Petersen
PO Box 30,000
PMB 418
Jackson, WY 83002

James P. Evanhoe
PO Box 30,000
PMB 418
Jackson, WY 83002

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on January 6, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk